L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

Judgment of sentence affirmed.

455 A.2d 189

Commonwealth v. Johnson, Appellant.

Petition for Allowance of Appeal
Denied April 7, 1983.

Argued February 17, 1981. Leonard Rubin, for appellant; Steve T. Cooperstein, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence affirmed.

455 A.2d 189

Commonwealth v. Johnson, Appellant.

Submitted February 24, 1982. Norman M. Abrams, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.